PD-0019-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/12/2015 2:01:36 PM
Accepted 3/13/2015 8:46:45 AM
ABEL ACOSTA
CLERK

No. PD-0019-15
No. PD-0020-15
No. PD-0021-15
No. PD-0022-15

_____

## IN THE TEXAS COURT OF CRIMINAL APPEALS

_____

## STATE OF TEXAS, APPELLANT

## v.

## ALBERT G. HILL III, APPELLEE

_____

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

_____

Chad Baruch enters his appearance as lead counsel for the State of Texas in this case.

FILED IN
COURT OF CRIMINAL APPEALS

March 13, 2015

ABEL ACOSTA, CLERK

Respectfully submitted,

/s/Charles "Chad" Baruch
The Law Office of Chad Baruch
Texas Bar Number 01864300
3201 Main Street
Rowlett, Texas  75088
Telephone: (972) 412-7192
Facsimile: (972) 412-4028
E-Mail: baruchesq@aol.com

*District Attorney Pro Tem*

**NOTICE OF APPEARANCE -  PAGE 1**

## Certificate of Service

The undersigned certifies a true and correct copy of this instrument was served this 12th day of March, 2015, upon the following counsel of record by efiling and email as follows:

Michael Mowla
445 East FM 1382, Suite 3-718
Cedar Hill, Texas 75104
michael@mowlalaw.com

/s/Charles "Chad" Baruch

**NOTICE OF APPEARANCE - PAGE 2**